DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GO REALTY GROUP FL, LLC**,
Appellant,

v.

**PNC BANK NATIONAL ASSOCIATION**,
Appellee.

No. 4D14-2726

[January 21, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Cynthia G. Imperato, Judge; L.T. Case No. 11-028599 (11).

David A. Strauss of The Strauss Law Firm, P.A., Fort Lauderdale, for appellant.

Heidi J. Weinzetl of Robertson, Anschutz & Schneid, P.L., Boca Raton, for appellee.

**ON CONFESSION OF ERROR**

PER CURIAM.

Upon appellee's confession of error, we reverse the trial court's order dated June 19, 2014, denying appellant's motion to quash service of process. We remand the case to the trial court and instruct it to quash the subject service of process. With respect to appellant's motion for attorney's fees, we grant the motion contingent on appellant prevailing on the merits of the case in the trial court. *See Johnson v. Maroone Ford LLC*, 944 So. 2d 1059, 1061 (Fla. 4th DCA 2006).

*Reversed and remanded.*

LEVINE, FORST and KLINGENSMITH JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***